**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: CROP INPUTS ANTITRUST LITIGATION                              MDL No. 2993

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On June 8, 2021, the Panel transferred 13 civil action(s) to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2021). Since that time, no additional action(s) have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Stephen R Clark, Sr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Clark.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of June 8, 2021, and, with the consent of that court, assigned to the Honorable Stephen R Clark, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: CROP INPUTS ANTITRUST LITIGATION                                      MDL No. 2993

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| IDAHO | | | |
| ID | 4 | 21−00121 | B & H Farming et al v. Syngenta Corporation et al |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 21−00297 | Little Omega v. Bayer CropScience LP et al |
| MINNESOTA | | | |
| MN | 0 | 21−00543 | Eagle Lake Farms Partnership v. Bayer Cropscience LP et al |
| MN | 0 | 21−00639 | DeKrey v. Bayer Cropscience LP et al |
| MN | 0 | 21−00681 | Schultz v. Bayer Cropscience LP et al |
| MN | 0 | 21−00685 | Hapka Farms, Inc. et al v. Bayer Cropscience LP et al |
| MN | 0 | 21−00719 | Beeman Berry Farm, LLC v. Bayer Cropscience LP et al |
| MN | 0 | 21−00970 | Wunsch Farms v. Bayer Cropscience LP et al |
| MN | 0 | 21−00996 | Beck v. Bayer Cropscience LP et al |
| MN | 0 | 21−01239 | Peiffer v. Bayer Cropscience LP et al |
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 21−01049 | TOM BURKE FARMS v. BAYER CROPSCIENCE LP et al |